An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

CROWN LIMITED; CROWN SERVICES (US) LLC; AND JAMES PACKER,
Petitioners,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE MARK R. DENTON, DISTRICT JUDGE,
Respondents,

and

BRIGADE LEVERAGED CAPITAL STRUCTURES FUND, LTD.; BATTALION CLO 2007-I LTD.; CANPARTNERS INVESTMENTS IV, LLC; CASPIAN CAPITAL PARTNERS, L.P.; CASPIAN SELECT CREDIT MASTER FUND, LTD.; MARINER LDC; CASPIAN ALPHA LONG CREDIT FUND, L.P.; CASPIAN SOLITUDE MASTER FUND, L.P.; OLYMPIC CLO I LTD.; SHASTA CLO I, LTD.; WHITNEY CLO I LTD.; SAN GABRIEL CLO I LTD.; SIERRA CLO II LTD.; ING PRIME RATE TRUST; ING SENIOR INCOME FUND; ING (L) FLEX-SENIOR LOANS; ING INVESTMENT MANAGEMENT CLO I, LTD.; ING INVESTMENT MANAGEMENT CLO II, LTD.; ING INVESTMENT MANAGEMENT CLO III, LTD.; ING INVESTMENT MANAGEMENT CLO IV, LTD.; ING INVESTMENT MANAGEMENT CLO V, LTD.; PHOENIX CLO I, LTD.; PHOENIX CLO II, LTD.; PHOENIX CLO III, LTD.; VENTURE II CDO 2002 LIMITED; VENTURE III CDO LIMITED; VENTURE IV CDO LIMITED; VENTURE V CDO LIMITED; VENTURE VI CDO LIMITED; VENTURE VII CDO LIMITED; VENTURE VIII CDO LIMITED; VENTURE IX CDO LIMITED; VISTA LEVERAGED INCOME

No. 62037

**FILED**

MAY 1 5 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

SUPREME COURT
OF
NEVADA

(O) 1947A

13-14422

FUND; VEER CASH FLOW CLO, LIMITED;
MONARCH MASTER FUNDING LTD.;
NORMANDY HILL MASTER FUND, L.P.;
GENESIS CLO 2007-1 LTD.; SCOGGIN
CAPITAL MANAGEMENT II LLC;
SCOGGIN INTERNATIONAL FUND LTD;
SCOGGIN WORLDWIDE FUND LTD; SPCP
GROUP, LLC; SOLA LTD.; SOLUS CORE
OPPORTUNITIES MASTER FUND LTD.;
VENOR CAPITAL MASTER FUND, LTD.;
FONTAINEBLEAU RESORTS, LLC;
TURNBERRY RESIDENTIAL LIMITED
PARTNER, L.P.; TURNBERRY WEST
CONSTRUCTION, INC.; JEFFREY SOFFER;
ALBERT "SONNY" KOTITE; BRUCE
WEINER; GLENN SCHAEFFER; JAMES
FREEMAN; DEVENDRA "DEVEN" KUMAR;
HOWARD KARAWAN; AND UNION LABOR
LIFE INSURANCE COMPANY,
Real Parties in Interest.

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This is an original petition for a writ of mandamus challenging a district court order denying petitioners' motion to dismiss a complaint in a tort action.

"A writ of mandamus is available to compel the performance of an act that the law requires as a duty resulting from an office, trust, or station or to control an arbitrary or capricious exercise of discretion." *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008) (citations omitted); *see* NRS 34.160. It is within this court's discretion to determine whether a writ petition will be considered. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). Petitioners bear the burden of demonstrating that this court's extraordinary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Having considered the

petition, answer, reply, and supporting documents, we conclude that petitioners have not demonstrated that our intervention by way of extraordinary relief is warranted. *Smith*, 107 Nev. at 677, 818 P.2d at 851. Accordingly, we

ORDER the petition DENIED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:   Hon. Mark R. Denton, District Judge
      Fennemore Craig Jones Vargas/Las Vegas
      Skadden, Arps, Slate, Meagher & Flom LLP
      Brownstein Hyatt Farber Schreck, LLP/Las Vegas
      Carbajal & McNutt, LLP
      Curtis, Mallet-Prevost, Colt & Mosle, LLP
      Freidin & Dobrinsky, PA
      Gibson, Dunn & Crutcher LLP/Los Angeles
      Klehr Harrison Harvey Branzburg LLP
      Kluger, Kaplan, Silverman, Katzen & Levine, P.L.
      Kolesar & Leatham, Chtd.
      Lionel Sawyer & Collins/Las Vegas
      McKool Smith P.C.
      Morris Law Group
      Pisanelli Bice, PLLC
      Randolph Law Firm, P.C.
      Sylvester & Polednak, Ltd.
      Trombley & Hanes
      Wilkes & McHugh, P.A.
      Williams Connolly LLP
      Eighth District Court Clerk